IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                               Case No: 18-43449-RFN

**ANNALISA PORCHER, xxx-xx-8597**                          Chapter 13
**2011 LONGBRANCH COURT**
**ARLINGTON, TX  76012**

    **Debtor**

## NOTICE OF:
## DEADLINE FOR OBJECTION TO CONFIRMATION

**Friday, November 2, 2018** is the last day for filing **Objections** to Confirmation of Debtor's Chapter 13 Plan filed on or about September 17, 2018.  Objections shall be in writing and filed with the Bankruptcy Clerk at U.S. Bankruptcy Court, 501 W. Tenth St., Fort Worth, TX  76102-3643.

## TRUSTEE'S PRE-HEARING CONFERENCE

**Friday, November 9, 2018** is the date set for the 10:00 AM Trustee's **Pre-Hearing Conference** Regarding Confirmation at the Trustee's Office:   6851 N.E. Loop 820, Suite 300, N. Richland Hills, TX. DOCKET CALL WILL BE AT 10:30 AM.

## CONFIRMATION HEARING

If an Objection to Confirmation of Debtor's Chapter 13 Plan is filed and not resolved at the Trustee's Pre-hearing Conference, then this matter will be called at the docket call to be held at 8:30 AM on **Thursday, November 15, 2018** at the U.S. Bankruptcy Court, 501 W. 10th Street, Rm 204, Fort Worth, TX, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2017-01 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

                                                                           /s/ Tim Truman
                                                                           Tim Truman, Chapter 13 Trustee
                                                                           Bar No. 20258000
                                                                           6851 N.E. Loop 820, Suite 300
                                                                           North Richland Hills, TX  76180-6608
                                                                           (817) 770-8500
                                                                           Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before October 05, 2018:

                                                                           /s/ Tim Truman
                                                                           Tim Truman

**BY FIRST CLASS MAIL:**

AIS PORTFOLIO SERVICES,  4515 N SANTA FE AVE DEPT APS,  OKLAHOMA CITY  OK  73118-0000
AIS PORTFOLIO SERVICES,  CAPITAL ONE AUTO FINANCE,  4515 N SANTA FE AVE,  OKLAHOMA CITY  OK  73
AMERICAN INFOSOURCE,  TEXAS HEALTH RESOURCES,  500 E BORDER #130,  ARLINGTON  TX  76010-0000
ANDERSON VELA,  4920 WESTPORT DR,  THE COLONY  TX  75056-0000
ANNALISA PORCHER,  2011 LONGBRANCH COURT,  ARLINGTON  TX  76012-0000
ARLINGTON EMERGENCY MED ASSOC,  PO BOX 960160,  OKLAHOMA CITY  OK  73196
ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN  TX  78711
BSI FINANCIAL SERIVCES INC,  PO BOX 517,  TITUSVILLE  PA  16354-0000
BSI FINANCIAL SERVICES INC,  PO BOX 679002,  DALLAS  TX  75267-0000
CAINE & WEINER,  PO BOX 55848,  SHERMAN OAKS  CA  91413-0000
CAPITAL ONE AUTO FINANCE,  7933 PRESTON RD,  PLANO  TX  75024-0000
CARMAX AUTO FINANCE,  12800 TUCKAHOE CREEK PKW,  RICHMOND  VA  23238-0000
CHASE BANK,  10715 PRESTON RD,  DALLAS  TX  75230-0000
CHESAPEAKE ENERGY,  5657 E 1ST ST,  FT WORTH  TX  76103-0000
CITY OF GRAND PRAIRIE,  317 COLLEGE ST,  GRAND PRAIRIE  TX  75050-0000
CITY OF UNIVERSITY PARK,  1200 COMMERCE DR STE 117,  PLANO  TX  75093-0000
COMENITY BANK/AVENUE,  PO BOX 182789,  COLUMUS  OH  43218-0000
CREDIT SYSTEMS INTL INC,  1277 COUNTRY CLUB LN,  FORT WORTH  TX  76112-0000
ECMC,  LOCKBOX 8682,  PO BOX 16478,  ST PAUL  MN  55116
FAMILY HEALTHCARE ASSOCIATES,  PO BOX 1088,  ARLINGTON  TX  76004-0000
FAMILY ORTHO AND REHAB,  PO BOX 10333,  DALLAS  TX  75261-0000
FOUNDATION PHYSICIANS GROUP,  12840 HILLCREST RD STE E100,  DALLAS  TX  75230-0000
FULL CIRCLE FINANCIAL SERVICES,  PO BOX 2438,  LARGO  FL  33779-0000
GC SERVICES,  6330 GULFTON,  HOUSTON  TX  77252
HEALTHCARE ASSOC OF IRVING,  1100 COTTONWOOD LN STE 200,  IRVING  TX  75038-0000
HIGH PLAINS RADIOLOGY,  PO BOX 3780,  AMARILLO  TX  79116-0000
INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA  PA  19101
LABCORP,  PO BOX 2240,  BURLINGTON  NC  27216
LEE LAW FIRM PLLC,  8701 BEDFORD EULESS RD STE 510,  HURST  TX  76053-0000
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  2777 N STEMMONS FWY #1000,  DALLAS  TX  75207-0000
LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  2777 N STEMMONS FWY #1000,  DALLAS  TX  75207-0000
LINEBARGER GOGGAN BLAIR ET AL,  100 THROCKMORTON STE #300,  FT WORTH  TX  76102-0000
MERCURY INSURANCE GROUP,  PO BOX 5600,  RANCH CUCAMONGA  CA  91729-0000
NTTA,  5900 W PLANO PKWY,  PLANO  TX  75244-0000
NTTA,  PO BOX 260928,  PLANO  TX  75026
PERDUE BRANDON FIELDER COLLINS AND MOTT,  500 E BORDER ST #640,  ARLINGTON  TX  76010-0000
PREMIERE CREDIT,  PO BOX 1022,  WIXOM  MI  48393-0000
PROFESSIONAL ACCOUNT MANAGEMENT,  PO BOX 866608,  PLANO  TX  75086-0000
PROGRESSIVE,  PO BOX 94731,  CLEVELAND  OH  44101-0000
QUANTUM3 GROUP LLC,  PO BOX 788,  KIRKLAND  WA  98083
RADIOLOGY ASSOCIATES OF NORTH TEXAS,  PO BOX 1723,  INDIANAPOLIS  IN  46206-0000
RADIUS GLOBAL SOLUTIONS,  PO BOX 390846,  MINNEAPOLIS  MN  55439-0000
SANTANDER CONSUMER USA,  PO BOX 560284,  DALLAS TX  75356
SANTANDER CONSUMER USA,  PO BOX 961245,  FORT WORTH  TX  76161
SLM FINANCIAL CORP,  PO BOX 9500,  WILKES-BARRE  PA  18773-0000
SPECTRUM,  PO BOX 790261,  ST LOUIS  MO  63179-0000
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT W
TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN  TX  787
TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN  TX

Case No.: 18-43449-RFN ANNALISA PORCHER

**BY FIRST CLASS MAIL:**
TEXAS HEALTH AND HUMAN SERVICES, 1545 W MOCKINGBIRD LN, DALLAS TX 75235-0000
TEXAS HEALTH RESOURCES, PO BOX 975615, DALLAS TX 75397-0000
TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, BANKRUPTCY ROOM 556-A, AUSTIN
UNITED HEALTHCARE, PO BOX 30555, SALT LAKE CITY UT 84130
UNITED STATES ATTORNEY, 1100 COMMERCE ST STE 300, DALLAS TX 75242
US DEPARTMENT OF JUSTICE, 10TH & CONSTITUTION NW, WASHINGTON DC 20530-0000