KRISTIN ZILBERSTEIN, ESQ. (24104960)
JENNIFER BERGH, ESQ. (24103791 )
THE LAW OFFICES OF MICHELLE GHIDOTTI
600 E. John Carpenter Fwy., Suite 200
Irving, TX 75062
Office: (949) 427-2010  ext 1010
Fax:  (949) 427-2732
Email:kzilberstein@ghidottilaw.com

Attorneys for Creditor
U.S. Bank Trust National Association,
As Trustee of Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS – FORT WORTH

| In re: | ) | Case No.: 18-43449-rfn13 |
|---|---|---|
| Annalisa Porcher, | ) ) ) | Chapter 13 |
| Debtor. | ) ) ) | OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN |
| | ) ) | Property: 2011 Longbranch Court Arlington, TX 76012 |
| | ) | The Honorable Judge Russell F. Nelms |

1

TO THE HONORABLE JUDGE RUSSELL F. NELMS, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, TIM TRUMAN:

U.S. Bank Trust National Association, As Trustee of Bungalow Series F Trust, ("**Creditor**"), a secured creditor of the above-named Debtors hereby objects to the confirmation of Debtor's Chapter 13 Plan (the "**Plan**") on the grounds that the Plan does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with other applicable provisions of said Title 11.

This objecting Creditor holds a deed of trust on the Debtor's real property commonly described as 2011 Longbranch Court, Arlington, TX 76012 (the "**Property**"), which is Debtors' principal residence. Creditor is entitled to receive payments pursuant to a Promissory Note which is secured by a Deed of Trust on the subject property commonly known as 2011 Longbranch Court, Arlington, TX 76012. As of 9/3/18, the approximate amount in default is $177,693.80, as will be described in the forthcoming Proof of Claim which will be filed before the bar date by Creditor; Creditor files this Objection to protect its interests.

I

**ARGUMENT**

Application of the provisions of *11 United States Code Section 1325* determines when a Plan shall be confirmed by the Court. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed because the Plan does not comply with the provisions of Chapter 13 of the United States Bankruptcy Code.

**A. IMPERMISSIBLY MODIFIES CREDITOR'S RIGHTS**
11 U.S.C. §1322(b)(2)

Under 11 U.S.C. §1322(b)(2), a Plan that modifies the rights of a creditor whose claim is secured only by a security interest in real property that is debtor's principal residence is impermissible. The plan lists $142,794.00 in arrears when the actual arrears are $177,693.80. That reduction in arrears is an impermissible modification of Creditor's claim. Therefore, the Plan is not feasible.

////

////

////

////

////

////

////

////

**B. DOES NOT MEET FULL VALUE REQUIREMENT**
11 U.S.C. §1325(a)(5)(B)(ii)

The Debtors' Plan does not provide for cure of the pre-petition arrears owed to Creditor. The pre-petition arrears owed to Creditor are no less than approximately $177,693.80. Debtors' Plan does only provides for payment of $142,794 in pre-petition arrears being paid to the creditor.

Accordingly, Debtors will be required to amend their Plan to fully provide for the pre-petition arrears owed to Creditor. Since Debtors' Plan does not provide for cure of the default

of the pre-petition arrears owed to Creditor, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii).

WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

1. Confirmation of the Proposed Chapter 13 Plan be denied; or, in the alternative,
2. Debtor's plan be amended to reflect the arrears amount listed in Secured Creditor's filed proof of claim
3. For attorneys' fees and costs herein, and
4. For such other relief as this Court deems proper.

DATED: October 5, 2018    THE LAW OFFICES OF MICHELLE GHIDOTTI

By: /s/ Kristin Zilberstein Esq.
Kristin Zilberstein, Esq.
Attorney for U.S. Bank Trust National Association,
As Trustee of Bungalow Series F Trust

Jennifer R. Bergh, Esq. (SBN 24103791)
Kristin A. Zilberstein, Esq. (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

**Attorney for Movant,**
U.S. Bank Trust National Association,
As Trustee of Bungalow Series F Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | |
|---|---|
| **IN RE:** | § CASE NO.:  18-43449-rfn13 |
| | § |
| **Annalisa Porcher,** | § CHAPTER 7 |
| | § |
| **DEBTORS,** | § **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 8, 2018 I served the following documents described as:

- **OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Annalisa Porcher<br>2011 Longbranch Court<br>Arlington, TX 76012<br><br>**Debtor's Counsel**<br>Christopher Marvin Lee<br>Lee Law Firm, PLLC<br>8701 Bedford Euless Road<br>Suite 510<br>Hurst, TX 76053<br><br>**Debtor's Counsel**<br>Eric Allen Maskell<br>Lee Law Firm, PLLC<br>8701 Bedford Euless Rd.<br>Suite 510<br>Hurst, TX 76053 | **Chapter 13 Trustee**<br>Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180<br><br>**U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |
|---|---|

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

   xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on October 8, 2018 at Anaheim, California

/*s / Kristin A. Zilberstein*
Kristin A. Zilberstein

2
CERTIFICATE OF SERVICE